**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JON EBRAHIMIAN,** | **NO. 5:26-cv-04058-KS** |
| **Petitioner,** | |
| **v.** | **JUDGMENT** |
| **WARDEN,** *Adelanto ICE Processing Center*, **et al.,** | |
| **Respondents.** | |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** as set forth in the Court's accompanying Order.

DATED: September 30, 2026

Karen L. Stevenson
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE